# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING SUBSTITUTE COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Otis Lewis Puttman, | ) | Case No. 1:18-cr-216 |
| | ) | |
| Defendant. | ) | |

Defendant has filed a pro se pleading requesting relief under Amendment 821 to the United States Sentencing Guidelines. (Doc. No. 162). The Federal Public Defender's Office was appointed to represent Defendant pursuant to standing order issued by Chief Judge Welte on October 26, 2023.

On February 20, 2024, the Federal Public Defender's Office filed a Motion to Withdraw, citing a newly discovered conflict. (Doc. No. 164). For good cause shown, the Court **GRANTS** the motion (Doc. No. 164) and authorizes the Federal Public Defender's Office to withdraw. Attorney Kiara Kraus-Parr is appointed to represent Defendant in matters pertaining to his request for relief under Amendment 821 to the United States Sentencing Guidelines.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court